```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
UNITED STATES OF AMERICA,     )
                              )   NO. CR-07-2063-LRS-2
             Plaintiff,       )
     v.                       )   ORDER ON ARRAIGNMENT
                              )   AND ORDER GRANTING
                              )   DEFENDANT'S MOTION TO MODIFY
MICHAEL BRIGGS,               )   CONDITIONS OF RELEASE
                              )   (Ct. Rec. 37)
             Defendant.       )
                              )
```

This matter coming on for arraignment on indictment this 18th day of May, 2007, the government was represented by James Hagarty, Esq. Defendant was present with counsel James Egan, Esq.

The Defendant was **advised** of his rights and acknowledged that he understood those rights. Defendant also confirmed he signed a written acknowledgment of rights after having read and understood the same. The Defendant acknowledged receipt of a copy of the indictment, and waived reading of the same. The defendant further acknowledged he understood the charges filed against him and the maximum penalties that could be imposed.

A plea of not guilty was entered by the Court.

The Defendant made a motion to modify his conditions of release to allow defendant to reside with his girlfriend, Crystal Sanchez. Ms. Sanchez would report to pretrial services regarding Defendant's compliance with the release conditions imposed by the court.

After hearing argument from counsel and sworn testimony from the defendant's girlfriend, Crystal Sanchez, the Court **granted** the defendant's motion to modify his conditions of release. **(Ct. Rec. 37)**

ORDER ON ARRAIGNMENT- 1

**IT IS ORDERED,**

1. That the Defendant on his plea of not guilty, is bound over for trial before a District Court Judge.

2. The Court's prior Order of Release on Conditions, provision number 4, is hereby modified as follows: Defendant shall reside with Crystal Sanchez. Ms. Sanchez shall report any violations of this Court's Order of Release to pretrial services. All other conditions remain as ordered.

3. Upon receipt of A. O. Form 199C, the U.S. Marshall shall release defendant from custody subject to the conditions previously imposed and the condition modified in this order.

DATED this 18th day of May, 2007.

                                                s/MICHAEL W. LEAVITT
                                         United States Magistrate Judge