```
1  TIMOTHY D. COTTERELL
   LAW OFFICE OF TIMOTHY D. COTTERELL
2  6 S 2nd St Suite #722
   Yakima, Wa. 98901
3  Ph. 509 225-3491
   Fax: 509 225-3492
4
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) Case No.: CR-07-2063-LRS-2 |
|---|---|
| Plaintiff, | ) NOTICE OF WITHDRAWAL AND REQUEST TO |
|  | ) APPOINT NEW ATTORNEY FOR APPEAL |
| vs. | ) |
| MICHAEL A. BRIGGS, | ) |
| Defendant | ) |

Timothy D. Cotterell, attorney for the defendant, MICHAEL A. BRIGGS, hereby requests to withdraw from the case and have a new attorney appointed for the appeal. The NOTICE OF APPEAL was filed on February 11, 2009. Thank you.

I hereby certify that on February 11, 2009 I electronically filed the foregoing with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: James P. Hagarty or designee, Assistant U.S. Attorney.

Dated this 11th day of February, 2009

NOTICE OF WITHDRAWAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

S/Timothy D. Cotterell
LAW OFFICE OF TIMOTHY D. COTTERELL
6 S 2nd St Suite #722
Yakima, Wa. 98901
Ph. 509 225-3491
Fax: 509 225-3492
TIMOTHY D. COTTERELL

NOTICE OF WITHDRAWAL - 2